UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 06-31616-DHW
  Chapter 13
ROBERT JAMES WILEY
MARETTA BAILEY WILEY,

   Debtors.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtors in payments under the confirmed chapter 13 plan.

In accordance with the ruling of the court from the bench in open court on October 26, 2009, it is

ORDERED that this bankruptcy case is DISMISSED effective **November 25, 2009** unless the debtors complete the balance of payments due under the chapter 13 plan on or before the effective date.

Done this 28 day of October, 2009.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
   Richard D. Shinbaum, Attorney for Debtors
   Curtis C. Reding, Trustee
   All Creditors